1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant,
   IGNACIO MACIAS COVIAN
6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,     | CASE NO. CR-09-00913 JW
12 |         Plaintiff,             |
                                    | STIPULATION TO CONTINUE
13 |     vs.                        | STATUS CONFERENCE AND
                                    | [proposed] ORDER THEREON
14 | IGNACIO MACIAS COVIAN          |
15 |         Defendants,            |

16

17    ITS IS HEREBY STIPULATED, by and between STEVEN SEITZ, ESQ.,
18 attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ.,
19 counsel for Defendant IGNACIO MACIAS COVIAN, that the status conference
20 currently set for Monday, January 11, 2010, at 1:30 pm, be continued to
21 Monday, February 1, 2010, at 1:30 pm.
22    Counsel for Defendant COVIAN will be out of the state on January 11,
23 2010, taking depositions in a multi-party civil case that cannot be rescheduled.
24    The parties further stipulate that the Court may exclude the period of
25 time from January 11, 2010 through and including February 1, 2010 from the
26 computation of the period of time within which the trial must commence , due
27 to the reasons set forth above.
28 ///

1
2        IT IS SO STIPULATED.
3
4   DATED:  January 5, 2010          CAREY & CAREY
5
6                                     _____/S/_____
                                      JERRY Y. FONG, Attorneys for
7                                     Defendant AMY STRADER
8
9
    DATED:   __1/5___, 2010          UNITED STATES OF AMERICA
10
11
                                      _____/s/_____
12                                    STEVEN SEITZ,
                                      Assistant U.S. Attorney
13
14
15
16
17                          ORDER
18       GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,
19  and decreed, that the status conference currently set for January 11, 2010, be
20  continued to Monday, February 1, 2010, at 1:30 pm
21       The Court further orders that time be excluded under the Speedy Trial Act
22  from January 11, 2010 through and including February 1, 2010.  The Court
23  finds, based on the aforementioned reasons, that the ends of justice served by
24  granting the requested continuance outweigh the interest of the public and the
25  Defendant in a speedy trial.
26
27  DATED: January 5, 2010            _____
                                      HON. JAMES WARE
28                                    U.S. DISTRICT COURT JUDGE