1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant,
   IGNACIO MACIAS COVIAN
6

7

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
1/28/2010

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,         CASE NO. CR-09-00913 JW

12 |         Plaintiff,
                                       STIPULATION TO CONTINUE
13 |    vs.                            STATUS CONFERENCE AND
                                       [~~proposed~~ ORDER THEREON
14 | IGNACIO MACIAS COVIAN

15 |         Defendants,

16

17     ITS IS HEREBY STIPULATED, by and between STEVEN SEITZ, ESQ.,

18 attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ.,

19 counsel for Defendant IGNACIO MACIAS COVIAN, that the status conference

20 currently set for Monday, February 1, 2010, at 1:30 pm, be continued to

21 Monday, February 22, 2010, at 1:30 pm.

22     Counsel for Defendant COVIAN has been involved in preparing for and

23 participating in a civil trial for the past two weeks; therefore, he requires more

24 time to consult with Mr. COVIAN prior to the next status conference.

25     The parties further stipulate that the Court may exclude the period of

26 time from February 1, 2010 through and including February 22, 2010 from the

27 computation of the period of time within which the trial must commence , due

28 to the reasons set forth above.

1
2         IT IS SO STIPULATED.
3
4   DATED:   January 28, 2010          CAREY & CAREY
5
6                                      _____/S/_____
                                       JERRY Y. FONG, Attorneys for
7                                      Defendant IGNACIO MACIAS COVIAN
8
9   DATED:   __1/28__, 2010            UNITED STATES OF AMERICA
10
11
12                                     _____/s/_____
                                       STEVEN SEITZ,
13                                     Assistant U.S. Attorney
14
15
16
17                                  ORDER
18       GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,
19  and decreed, that the status conference currently set for February 1, 2010, be
20  continued to Monday, **MARCH 1,**   2010, at 1:30 pm
21       The Court further orders that time be excluded under the Speedy Trial Act
22  from February 1, 2010 through and including **MARCH 1,**   , 2010.  The Court
23  finds, based on the aforementioned reasons, that the ends of justice served by
24  granting the requested continuance outweigh the interest of the public and the
25  Defendant in a speedy trial.
26
27  DATED: __January 28__, 2009        _James Ware_____
28                                     HON. JAMES WARE
                                       U.S. DISTRICT COURT JUDGE