1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant IGNACIO MACIAS COVIAN



7/7/2011

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   CR 09-00913 EJD |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| vs. | ) ) | |
| IGNACIO MACIAS COVIAN, | ) ) | Date:       July 11, 2011 Time:      1:30 p.m. |
| Defendant. | ) ) | Judge:     Hon. Edward J. Davila |

  Plaintiff, United States of America, and Defendant Ignacio Covian hereby jointly stipulate to request a continuance of the sentencing hearing in this case.  Currently, the sentencing hearing is scheduled for July 11, 2011, at 1:30 p.m., before the Honorable Edward J. Davila, Judge of the United States District Court, for the Northern District of California.

  The parties are jointly requesting that the sentencing be continued to August 15, 2011, at 1:30 p.m.  The request for the continuance is made necessary by the fact that Attorney Jerry Fong, counsel for Mr. Covian, and Attorney Bradley Price, counsel for the United States, are both starting a trial before Judge Ronald M. Whyte on July 11, 2011 at 1:30 p.m., and, therefore, will not be available.  Additionally, Mr. Price had been out of the office for medical reasons, and, as a result, the parties have not been able to meet-and-confer or otherwise work on important sentencing issues which could have a material affect on the

1  sentencing.  Mr. Waseem Iqbal, the probation officer in charge of this case, is also available
2  on August 15, 2011.
3       For these reasons, the parties respectfully request that the Court grant the continuance,
4  from July 11, 2011, to August 15, 2011.

6  DATED:  July 6, 2011                    Respectfully submitted,

8                                           /S/
                                          JERRY Y. FONG, Attorney for
9                                         Defendant IGNACIO COVIAN

11
   DATED:   July 6, 2011                   Respectfully submitted,
12

15                                          /S/
                                          BRADLEY D. PRICE, AUSA, Attorney
16                                        for Plaintiff UNITED STATES OF AMERICA

18                    [PROPOSED] ORDER

   *IT IS SO ORDERED AS MODIFIED* — Judge Edward J. Davila

20       Pursuant to the parties' stipulation and good cause appearing herein, it is hereby
21 ordered that the sentencing hearing of this matter be continued from July 11, 2011, to August
   **29**, 2011, at 1:30 p.m.  It is so ordered.

24  DATED: July 7, 2011
                                          JUDGE OF THE UNITED STATES
25                                        DISTRICT COURT