1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   CAROLYNE ARANGO SANIN
   Special Assistant United States Attorney
5    150 South Almaden Boulevard, Suite 900
     San Jose, California 95113
6    Telephone: (408) 535-5596
     Facsimile: (408) 535-5066
7    carolyne.sanin@usdoj.gov



9/15/2011

8  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 5:09-cr-00913 EJD |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER CONTINUING HEARING TO ) November 14, 2011  AND EXCLUDING |
| IGNACIO MACIAS COVIAN, | ) TIME FROM September 26, 2011, TO ) November 14, 2011 FROM THE SPEEDY |
| Defendant. | ) TRIAL ACT CALCULATION ) |

The Parties, Jerry Fong and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for September 26, 2011 at 1:30pm be vacated, and that the hearing be re-set for November 14, 2011 at 1:30pm.  The parties are requesting the continuance of the hearing due to the need for additional time for effective preparation, the need to jointly negotiate a resolution in this matter, for the continuity of counsel, and in light of the fact that this case has been recently re-assigned to Carolyne A. Sanin.

The parties stipulate that the time between September 26, 2011 and November 14, 2011, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

1

1  that the ends of justice served by granting the requested continuance outweigh the best interest of
2  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18
3  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5  DATED: September 9, 2011            MELINDA HAAG
                                        United States Attorney

7                                       ___/s/_____
                                        Carolyne A. Sanin
8                                       Special Assistant United States Attorney

10                                      ___/s/_____
                                        Jerry Fong
11                                      Attorney for Defendant

**[~~PROPOSED~~] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for September 26, 2011 at 1:30pm is vacated, and the matter is continued to **November 21, 2011** at 1:30 PM. Further, the Court ORDERS that the time between September 26, 2011 and November 21, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: September 15, 2011

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE