1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  CAROLYNE ARANGO SANIN (DCBN 499564)
   Special Assistant United States Attorney
5    150 South Almaden Boulevard, Suite 900
     San Jose, California 95113
6    Telephone: (408) 535-5596
     Facsimile: (408) 535-5066
7    carolyne.sanin@usdoj.gov

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,         )   No.   5:09-cr-00913 EJD
14                                   )
         Plaintiff,                  )   STIPULATION AND [PROPOSED]
15                                   )   ORDER CONTINUING SENTENCING
      v.                             )   HEARING DATE
16                                   )
   IGNACIO MACIAS COVIAN,            )
17                                   )
         Defendant.                  )
18                                   )
                                     )
19

20      IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

21 hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently

22 scheduled for November 21, 2011 at 1:30 p.m., be continued and rescheduled for January 23,

23 2012 at 1:30 p.m.

   It is so stipulated.
24

25

26 DATED: November 14, 2011                        MELINDA HAAG
                                                   United States Attorney
27

28                                                 ___/s/_____
                                                   Carolyne A. Sanin


                                            1

Special Assistant United States Attorney

\_\_\_/s/_____
Jerry Fong
Attorney for Defendant

# [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that date set for the sentencing hearing of the defendant in above-entitled case be continued from November 21, 2011 at 1:30 p.m. and be rescheduled for January 23, 2012 at 1:30 p.m.

IT IS SO ORDERED.

DATED: November 16, 2011  _____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE